# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

---------------------------------  X

Jiaxiang Ye,                                                     :                                                                             :

                Plaintiff,                       :         Civil Action No. 1:24-cv-2874

                                                      :         Judge: Hon. Matthew F. Kennelly
                                                      :

                -against-                           :         Magistrate Judge: Hon. Sheila M. Finnegan

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS                  :
IDENTIFIED ON SCHEDULE A

                Defendants.                     :

---------------------------------  X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT

TO THE COURT AND ALL INTERESTED PARTIES:

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(i), Plaintiff Jiaxiang Ye, (the "Plaintiff") voluntarily dismisses the following Defendant listed on Schedule A to the Complaint with prejudice:

| Defendant # | Store Name on Amazon | Amazon Seller ID | ASIN |
|---|---|---|---|
| 35 | HLTGC | A295D9HSJE91TN | B0CPT9MTMK |

The parties have reached an amicable agreement and each shall pay its own attorney's fees and costs.

Dated: July 16, 2024 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/lance liu*
　　　　　　　　　　　　　　　　　　　Robert D. Katz, Esq.
　　　　　　　　　　　　　　　　　　　katzr@kitchanlaw.com
　　　　　　　　　　　　　　　　　　　Albert Wai-Kit Chan, Esq.
　　　　　　　　　　　　　　　　　　　chank@kitchanlaw.com
　　　　　　　　　　　　　　　　　　　Lance Y. Liu, Esq.
　　　　　　　　　　　　　　　　　　　lanceliu2000@gmail.com
　　　　　　　　　　　　　　　　　　　Law Offices of Albert Wai-Kit Chan, PLLC
　　　　　　　　　　　　　　　　　　　141-07 20th Avenue
　　　　　　　　　　　　　　　　　　　Whitestone, NY 11357
　　　　　　　　　　　　　　　　　　　(718) 799-1000
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff