**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

------------------------------ X

Jaxiang Ye, :

              Plaintiff, : Civil Action No. 1:24-cv-2874

                                 : Judge: Hon. Matthew F. Kennelly

            -against- :

                                 Magistrate Judge: Hon. Sheila M. Finnegan

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS :
IDENTIFIED ON SCHEDULE A

              Defendants. :

------------------------------ X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(i), Plaintiff Jiaxiang Ye, (the "Plaintiff") voluntarily dismisses the following Defendant listed on Schedule A to the Complaint with prejudice:

| Defendant # | Store Name on Amazon | Amazon Seller ID | ASIN |
|---|---|---|---|
| 24 | LOTKEY | A3RRTG8TWO0Q6R | B0BN84LJ1B; B0BN8844X8. |

The parties have reached amicable settlement agreement and each will pay its own attorney's fee and costs.

Dated: July 17, 2024				Respectfully submitted,

						*/s/lance liu*
						Robert D. Katz, Esq.
						katzr@kitchanlaw.com
						Albert Wai-Kit Chan, Esq.
						chank@kitchanlaw.com
						Lance Y. Liu, Esq.
						lanceliu2000@gmail.com
						Law Offices of Albert Wai-Kit Chan, PLLC
						141-07 20th Avenue
						Whitestone, NY 11357
						(718) 799-1000
						Attorneys for Plaintiff